# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES,
  Plaintiff
                              No. 17-20311
    -v-                       Hon. Nancy G. Edmunds
GLENN TILL,
  Defendant

## MOTION FOR SENTENCE MODIFICATION UNDER 18 U.S.C. SECTION 3582(c)(1)(A)(i) AND REQUEST FOR APPOINTMENT OF COUNSEL

Defendant, Glen Till, moves the Court for an order reducing his sentence due to his vulnerability to the COVID-19 virus, the BOP's refusal to treat his serious medical condition, and the conditions of his confinement which violate the Eighth Amendment's prohibition against cruel and unusual punishment.

Since Mr. Tills confinement in the custody of the BOP at FCI Cumberland, the COVID-19 virus has infected half of the prison's inmate population, the last wave or outbreak

-1-

causing infections amongst sixty of the inmates in his 128-man housing unit.

The prison's medical department does not segregate COVID-19 positive prisoners from healthy inmates. In January, when half of the prisoners in Mr. Till's housing unit contracted the COVID-19 virus, the prison staff refused to segregate these sick prisoners from the rest of the housing unit inmates who were healthy including Mr. Till. This policy places Mr. Till at serious risk for severe illness or death according to the CDC as he is severely obese (BMI > 40) and has other underlying medical conditions that the CDC indicates render him vulnerable to COVID-19 (see www.CDC.gov/coronavirus).

In addition, Mr. Till has a serious medical need for treatment that the BOP medical staff has indicated to him that they "cannot treat" and will need to be taken care of "when [he] returns home from prison." Mr. Till wishes to submit evidence of his above medical condition via his appointed counsel — should the Court grant his request for counsel — and via seal.

-2-

Mr. Till made a request to the warden of his prison for compassionate release and 30 days have lapsed since this request was made. Exhibit A is a copy of the request Mr. Till made to his warden on 12-4-2020 for compassionate release.

Due to Mr. Till's lack of legal skill, indigence, and the emergency nature of the instant motion, he humbly requests that the Court appoint him counsel to submit a memorandum of law on the merits of his compassionate release petition, collect and submit relevant documents in support, and to obtain his medical records for sealed filing with the Court.

Respectfully submitted,

*/s/ Glenn Till*

GLENN TILL
Prisoner #55564-039
FCI Cumberland
P.O. Box 1000
Cumberland, Md. 21501

-3-

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of March 2021 at Cumberland, Maryland.

GLENN TILL

EXHIBIT A

BP-A148.055  
SEP 98  
**U.S. DEPARTMENT OF JUSTICE**   **INMATE REQUEST TO STAFF** CDFRM   **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) WARDEN WEBER | DATE: 12-4-2020 |
|---|---|
| FROM: GLEN TILL | REGISTER NO.: 55564-039 |
| WORK ASSIGNMENT: N/A | UNIT: C-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I'M REQUESTING RELEASE (COMPASSIONATE RELEASE) UNDER 18 U.S.C. SECTION 3582(c)(1)(A)(i) DUE TO MY VULNERABILITY TO COVID-19 AS EVIDENCED BY MY MEDICAL RECORDS. MY HOME PLAN IS TO RESIDE WITH MY GIRLFRIEND AT 12753 PAYTON, DETROIT, MICHIGAN. IF ANY ADDITIONAL INFORMATION IS NECESSARY, PLEASE LET ME KNOW.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate  
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86  
                                              and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

# FCI / FPC CUMBERLAND, MD
## SPO Purchase Pre-Authorization Form

Any of the SPO products listed below **MUST** have the Unit Team's Stamp and/or Signature approving the purchase.
Forms that are not **COMPLETELY** filled out properly **WILL NOT** be processed for purchase.
All form denials will be posted at the shopping window. Reason regarding any denial will be given upon request, after **ID Verification**.

**\*\*MONEY MUST BE AVAILABLE IN ACCOUNT BEFORE SUBMISSION\*\***

Inmate Name : _____   Reg. Number : _____

Housing Unit : _____   Date MM/DD/YY : _____

| ITEM | BRAND | MODEL | SIZE | STAMP / SIGNATURE |
|---|---|---|---|---|
| Athletic Shoe | | | | |
| Specialty Shoe | | | | |
| Specialty Boot | | | | |
| Religious Headwear | | | | |
| Radio Player | | | N/A | |
| MP3 Player | | | N/A | |
| Watch | | | N/A | |
| Headphones | | | N/A | |
| Other | | | | |



GLEN TILL #55564-039
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
CUMBERLAND, MD. 21501-1000

RECEIVED
MAR 29 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. COURTHOUSE
231 WEST LAFAYETTE BLVD
DETROIT, MI 48226
U.S. MARSHALS

