UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                              Case No. 17-cr-20311

v.                                              Honorable Nancy G. Edmunds

Glen Till,

        Defendant.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR COMPASSIONATE RELEASE AND FOR COUNSEL [41]**

Defendant Glen Till is currently in the custody of the Federal of Prisons serving an 84-month sentence for possessing a stolen firearm. This matter is before the Court on Defendant's motion seeking compassionate release and appointment of counsel. (ECF No. 41.) The Government filed a response in opposition to Defendant's motion (ECF No. 43) and attached Defendant's health records as an exhibit. (ECF No. 45, filed under seal.)

Defendant seeks compassionate release under 18 U.S.C. § 3582(c)(1)(A). Generally, federal courts cannot "modify a term of imprisonment once it has been imposed." 18 U.S.C. § 3582(c). However, under 18 U.S.C. § 3582(c)(1)(A)(i), a court may reduce a sentence if, after considering the sentencing factors set forth in 18 U.S.C. § 3553(a), the court finds that "extraordinary and compelling reasons warrant such a reduction." *Id.* § 3582(c)(1)(A). In his present motion, Defendant has not provided detail sufficient for the Court to conclude that compassionate release is warranted. Accordingly, Defendant's motion is DENIED WITHOUT PREJUDICE with respect to his request for compassionate release.

Because the Court denies Defendant's motion for compassionate release without prejudice, he is free to file a renewed motion that better explains why he believes a sentence reduction is warranted. After reviewing Defendant's request for appointment of counsel in connection with this matter, the Court finds that this request should be granted, and that counsel should be appointed to represent Defendant in bringing his renewed motion for compassionate release.

Defendant's renewed motion for compassionate release shall be filed through his attorney as soon as possible. Alternatively, if Defendant elects not to file a renewed motion for compassionate release, he shall file through his attorney a notice alerting the Court of this decision. If Defendant files a renewed motion, the United States Attorney shall file a response no later than fourteen days after being served with the motion, along with all Bureau of Prisons records relevant to the motion which are not already part of the record (medical, institutional, administrative). The Court grants leave to file any records with personal or sensitive information under seal. Any reply brief must be filed no later than seven days after service of the response.

For the foregoing reasons, IT IS ORDERED that Defendant's motion for compassionate release and for the appointment of counsel in GRANTED IN PART AND DENIED IN PART with Defendant's request for compassionate release being DENIED WITHOUT PREJUDICE and Defendant's request for counsel to assist him in this matter being GRANTED.

IT IS FURTHER ORDERED that the Federal Community Defender of the Eastern District of Michigan, 613 Abbot Street, 5th floor, Detroit, Michigan 48226, telephone (313) 967-5555, is appointed to represent Defendant in this case with regard to Defendant's

renewed motion for compassionate release. This appointment may be terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

IT IS FURTHER ORDERED that should this case require the assignment of an attorney from the CJA panel, the Federal Community Defender of the Eastern District of Michigan is authorized to issue such appointment using the electronic system to create the appropriate CJA appointment form. CJA Counsel will represent Defendant in this case unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

SO ORDERED.

Dated: June 16, 2021

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Court Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 16, 2021, by electronic and/or ordinary mail.

s/ Lisa Bartlett
Case Manager