UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                                Cr. No. 17-20311

v.                                                       Honorable Nancy J. Edmunds

GLEN TILL,

        Defendant.

_____/

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as Counsel in the case for Mr. Glen Till. I certify that I am admitted to practice in the Court.

                                                                  Respectfully Submitted,

                                                                  **FEDERAL COMMUNITY DEFENDER**

                                                                  /s/ Laura Danielle Mazor
                                                                  LAURA DANIELLE MAZOR (P76924)
                                                                Attorney for Mr. Glen Till
                                                                613 Abbott Street, Suite 500
                                                                Detroit, Michigan 48226
                                                                313.967.5579
                                                                E-mail: laura_mazor@fd.org

Date: June 17, 2021